UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-97-BO-RJ

| | |
|---|---|
| EDWARD ILLSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | O R D E R |
| ) | |
| TRUIST BANK, ) | |
| ) | |
| Defendant. ) | |

On May 26, 2023, the Court granted in part and denied in part defendant's motion to dismiss plaintiff's complaint. Plaintiff appealed the Court's order and the Fourth Circuit dismissed the appeal. Mandate issued on April 10, 2024.

While plaintiff's appeal was pending, he filed the instant motion to compel defendant's compliance with the Court's order on the motion to dismiss. Specifically, plaintiff seeks reimbursement of money taken from his account with defendant. The Court's order on defendant's motion to dismiss does not establish liability as to plaintiff's claims. *See* [DE 13 p. 4] ("Truist may be liable for those unauthorized transactions."). Accordingly, plaintiff's motion [DE 27] is DENIED.

SO ORDERED, this __21__ day of August 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE