UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EDWARD ILLSLEY,                          )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )        **JUDGMENT**
                                         )
TRUIST BANK,                             )        5:23-CV-97-BO-RJ
                                         )
                    Defendant.           )
                                         )

**Decision by Court.**
This matter is before the Court on defendant's motion for summary judgment pursuant to Rule 56
of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary
judgment [DE 42] is GRANTED.

This case is closed.

**This judgment filed and entered on June 25, 2025, and served on:**
Caroline Mackie (via CM/ECF Notice of Electronic Filing)
Daniel Cahill (via CM/ECF Notice of Electronic Filing)
Edward Illsley (via US Mail to 2515 Brinkley Dr., Spring Lake, NC 28390)

                              **PETER A. MOORE, JR., CLERK**

June 25, 2025                    /s/Lindsay Stouch
                                By: Deputy Clerk